IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: November 24, 2009



_____
Honorable James E. Shapiro
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Qiana J. Robinson a/k/a Quiana J. Robinson<br><br>      Debtor. | Chapter: 13<br><br>Case No. 09-24670-JES |

**ORDER GRANTING U.S. BANK, N.A**
**RELIEF FROM AUTOMATIC STAY**

Upon the affidavit of Jay Pitner and,

It's appearing that the debtor(s) defaulted under the terms of the order dated September 08, 2009.

    IT IS HEREBY ORDERED that said motion is in all respects granted including the movant's request for an award of its legal fees and costs in the amount of $150.00 and relief from the automatic stay is granted to U.S. Bank, N.A, its successors and/or assignees with respect to the property located at 7149 W Grantosa Ct Milwaukee, WI 53218-3947.

    IT IS FURTHER ORDERED that any and all claims filed by or on behalf of the movant are

Drafted by:

Jay Pitner
Gray & Associates, L.L.P.
600 N Broadway, Suite 300
Milwaukee, WI 53202-5009
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt on our client's behalf and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

hereby deemed withdrawn and the trustee need not make any further disbursements thereon. If the automatic stay is reimposed with respect to the movant in the future, any and all claims of the movant shall be then reinstated and the trustee shall resume disbursements thereon.

    IT IS FURTHER ORDERED that this order shall be effective immediately upon its entry.

#####